IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RINARD,<br><br>   Plaintiff,<br><br>vs.<br><br>PARKER-HANNIFIN CORPORATION,<br>an Ohio corporation;<br><br>   Defendant. | 7:12CV5005<br><br>**ORDER** |

  THIS MATTER is before the court on the parties' Joint Motion and Stipulation to Amend Caption. The Court, being fully advised in the premises, finds that such an Order should be entered.

  IT IS ORDERED that from the date of the entry of this Order, the captions of all documents filed in this case, as well as the court file, shall reflect that Defendant Parker-Hannifin Corporation is an Ohio corporation as provided in the caption of this Order.

Dated this 20th day of August, 2012.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge